|  |  |  |
|---|---|---|
| In re: JANICE LAVONNE BULLER | ) | *Electronically Filed* |
|  | ) Case no. 16-10525-13 |  |
|  | ) Chapter 13 |  |
| Debtor(s) | ) |  |

# TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
## PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3002.1(f)
### CLAIM NO. 12 OF US BANK

Pursuant to the Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) has completed all payments under the plan:

| MORTGAGE INFORMATION | |
|---|---|
| Creditor Name: | **US BANK** |
| Court Claim Number: | **12** |
| Last Four Digits of Loan Number: | **3102** |
| Property Address: | **713 E 8TH ST NEWTON KS 67114** |

| PRE-PETITION ARREARAGE AND FRBP 3002.1(c) FEES | |
|---|---|
| Pre-petition arrearage allowed and paid by Trustee (amount includes any interest paid): | **$8,982.73** |
| Total allowed and paid to post-petition FRBP 3002.1(c) by Trustee: | **$ 340.00** |

| POST-PETITION MORTGAGE PAYMENT | |
|---|---|
| **X** Mortgage is paid through Trustee conduit. | |
| Monthly mortgage payment amount as of final conduit payment by Trustee: | **$ 503.34** |
| Final conduit mortgage payment by Trustee was for the mortgage payment due: | **05/2021** |
| Total allowed and paid to post-petition arrearage by Trustee (amount includes any interest paid): | **$2,442.05** |
| Total paid by Trustee to ongoing mortgage payment: | **$35,785.38** |
| **Total disbursed by the Trustee to the claim of Us Bank** | **$47,550.16** |

To the extent that the Debtor(s) is not current as of the date of this Notice, the creditor should file a Response indicating same.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
In Re:  Chapter 13, Case No.  16-10525-13
JANICE LAVONNE BULLER
May 13, 2021
Page 2
TRUSTEE'S NOTICE OF FINAL CURE PURSUANT TO FED. R. BANKR. P. 3002.1(f) 012    OF US BANK

**YOUR RESPONSE IS REQUIRED BY FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel, and Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the claimed default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5), the debtor(s) is current on all post-petition payments as of the date of this Notice or be subject to further action of the Court including possible sanctions.

To assist in reconciling the claim, a history of any payments made by the Trustee is attached to copies of this Notice. Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 13, 2021

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
cbdsig@wichita13trustee.com
(316) 267-1791

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
In Re: Chapter 13, Case No. 16-10525-13
JANICE LAVONNE BULLER
May 13, 2021
Page 3
TRUSTEE'S NOTICE OF FINAL CURE PURSUANT TO FED. R. BANKR. P. 3002.1(f) 012 OF US BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Notice of Final Cure was sent via CM/ECF to the debtor's attorney, creditors & other parties in interest via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on May 13, 2021, properly addressed to each of the following:

US BANK
C/O BSI FINANCIAL SERVICES
1425 GREENWAY DR #400
IRVING, TX 75038

JANUARY M BAILEY
ATTORNEY AT LAW
301 N MAIN #2000
WICHITA, KS 67202

JANICE LAVONNE BULLER
3122 S GORDON AVE
WICHITA, KS 67217-1520

*s/Karin N. Amyx*
Karin N. Amyx, Staff Attorney

| | | | | Principal Paid | $35,785.38 | ONG RE PAYMENTS/BUNGALOW |
|---|---|---|---|---|---|---|
| 012 | 1 | | REONG | Interest Paid | $0.00 | ASMNT |
| R-6 | 713 E 8TH ST NEWTON KS 67114 | | | Total Paid | **$35,785.38** | |

| Check Date | | Claim No | | | Check No | Check Amt | Interest | Clear Date: |
|---|---|---|---|---|---|---|---|---|
| 04/20/21 | 22 | System Disbursement Check | 012 | US BANK | 659860 | $503.34 | $0.00 | |
| 03/19/21 | 22 | System Disbursement Check | 012 | US BANK | 654040 | $503.34 | $0.00 | 04/09/21 |
| 02/19/21 | 22 | System Disbursement Check | 012 | US BANK | 648363 | $503.34 | $0.00 | 03/17/21 |
| 01/20/21 | 22 | System Disbursement Check | 012 | US BANK | 642460 | $503.34 | $0.00 | 03/01/21 |
| 12/18/20 | 22 | System Disbursement Check | 012 | US BANK | 636633 | $503.34 | $0.00 | 01/19/21 |
| 11/20/20 | 22 | System Disbursement Check | 012 | US BANK | 630780 | $503.34 | $0.00 | 12/23/20 |
| 10/20/20 | 22 | System Disbursement Check | 012 | US BANK | 624564 | $685.78 | $0.00 | 11/13/20 |
| 09/18/20 | 22 | System Disbursement Check | 012 | US BANK | 618484 | $685.78 | $0.00 | 10/16/20 |
| 08/20/20 | 22 | System Disbursement Check | 012 | US BANK | 612365 | $685.78 | $0.00 | 09/16/20 |
| 07/20/20 | 22 | System Disbursement Check | 012 | US BANK | 606038 | $685.78 | $0.00 | 08/13/20 |
| 06/19/20 | 22 | System Disbursement Check | 012 | US BANK | 599668 | $685.78 | $0.00 | 07/14/20 |
| 05/19/20 | 22 | System Disbursement Check | 012 | US BANK | 593459 | $685.78 | $0.00 | 06/11/20 |
| 04/20/20 | 22 | System Disbursement Check | 012 | US BANK | 587091 | $685.78 | $0.00 | 05/08/20 |
| 03/20/20 | 22 | System Disbursement Check | 012 | US BANK | 580568 | $685.78 | $0.00 | 04/09/20 |
| 02/20/20 | 22 | System Disbursement Check | 012 | US BANK | 573786 | $685.78 | $0.00 | 03/12/20 |
| 01/20/20 | 22 | System Disbursement Check | 012 | US BANK | 567394 | $685.78 | $0.00 | 02/12/20 |
| 12/20/19 | 22 | System Disbursement Check | 012 | US BANK | 560919 | $685.78 | $0.00 | 01/15/20 |
| 11/20/19 | 22 | System Disbursement Check | 012 | US BANK | 554159 | $685.78 | $0.00 | 12/17/19 |
| 10/18/19 | 22 | System Disbursement Check | 012 | US BANK | 547702 | $591.20 | $0.00 | 11/07/19 |
| 09/20/19 | 22 | System Disbursement Check | 012 | US BANK | 540922 | $591.20 | $0.00 | 10/10/19 |
| 08/20/19 | 22 | System Disbursement Check | 012 | US BANK | 534170 | $591.20 | $0.00 | 09/12/19 |
| 07/19/19 | 22 | System Disbursement Check | 012 | US BANK | 527533 | $591.20 | $0.00 | 08/09/19 |
| 06/20/19 | 22 | System Disbursement Check | 012 | US BANK | 520875 | $591.20 | $0.00 | 07/10/19 |
| 05/20/19 | 22 | System Disbursement Check | 012 | US BANK | 513996 | $591.20 | $0.00 | 06/11/19 |
| 04/19/19 | 22 | System Disbursement Check | 012 | US BANK | 507164 | $591.20 | $0.00 | 05/13/19 |
| 03/20/19 | 22 | System Disbursement Check | 012 | US BANK | 500499 | $591.20 | $0.00 | 04/11/19 |
| 02/20/19 | 22 | System Disbursement Check | 012 | US BANK | 493819 | $591.20 | $0.00 | 03/12/19 |
| 01/18/19 | 22 | System Disbursement Check | 012 | US BANK | 487231 | $591.20 | $0.00 | 02/11/19 |
| 12/20/18 | 22 | System Disbursement Check | 012 | US BANK | 480482 | $591.20 | $0.00 | 01/15/19 |
| 11/20/18 | 22 | System Disbursement Check | 012 | US BANK | 473600 | $591.20 | $0.00 | 12/13/18 |
| 10/19/18 | 22 | System Disbursement Check | 012 | US BANK | 466532 | $591.20 | $0.00 | 11/07/18 |
| 09/20/18 | 22 | System Disbursement Check | 012 | US BANK | 459728 | $591.20 | $0.00 | 10/11/18 |
| 08/20/18 | 22 | System Disbursement Check | 012 | US BANK | 452893 | $591.20 | $0.00 | 09/11/18 |
| 07/20/18 | 22 | System Disbursement Check | 012 | US BANK | 446073 | $591.20 | $0.00 | 08/09/18 |
| 06/20/18 | 22 | System Disbursement Check | 012 | US BANK | 438990 | $591.20 | $0.00 | 07/11/18 |
| 05/18/18 | 22 | System Disbursement Check | 012 | US BANK | 431743 | $591.20 | $0.00 | 06/12/18 |
| 04/20/18 | 22 | System Disbursement Check | 012 | US BANK | 424814 | $591.20 | $0.00 | 05/10/18 |
| 03/20/18 | 22 | System Disbursement Check | 012 | US BANK | 417639 | $591.20 | $0.00 | 04/10/18 |
| 02/20/18 | 22 | System Disbursement Check | 012 | US BANK | 410694 | $591.20 | $0.00 | 03/14/18 |
| 01/19/18 | 22 | System Disbursement Check | 012 | US BANK | 403832 | $591.20 | $0.00 | 02/09/18 |
| 12/20/17 | 22 | System Disbursement Check | 012 | BUNGALOW SERIES F REO | 396924 | $591.20 | $0.00 | 01/11/18 |
| 11/20/17 | 22 | System Disbursement Check | 012 | BUNGALOW SERIES F REO | 389917 | $591.20 | $0.00 | 12/14/17 |
| 10/20/17 | 22 | System Disbursement Check | 012 | BUNGALOW SERIES F REO | 382809 | $1,182.40 | $0.00 | 11/08/17 |
| 10/17/17 | 40 | Cancel Disbursement | 012 | FANNIE MAE | 377803 | ($591.20) | $0.00 | 10/17/17 |
| 09/20/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 377803 | $591.20 | $0.00 | 10/17/17 |
| 08/18/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 370410 | $591.20 | $0.00 | 09/12/17 |
| 07/20/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 363223 | $591.20 | $0.00 | 08/21/17 |
| 06/20/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 356016 | $591.20 | $0.00 | 07/19/17 |
| 05/19/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 348719 | $591.20 | $0.00 | 07/07/17 |
| 04/20/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 341223 | $618.18 | $0.00 | 05/11/17 |
| 03/20/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 333871 | $618.18 | $0.00 | 04/07/17 |
| 02/20/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 326384 | $618.18 | $0.00 | 03/13/17 |
| 01/20/17 | 22 | System Disbursement Check | 012 | FANNIE MAE | 319207 | $618.18 | $0.00 | 02/09/17 |
| 12/20/16 | 22 | System Disbursement Check | 012 | FANNIE MAE | 311895 | $618.18 | $0.00 | 01/17/17 |
| 11/18/16 | 22 | System Disbursement Check | 012 | FANNIE MAE | 304395 | $618.18 | $0.00 | 12/20/16 |
| 10/20/16 | 22 | System Disbursement Check | 012 | FANNIE MAE | 104548 | $618.18 | $0.00 | 11/14/16 |
| 09/20/16 | 22 | System Disbursement Check | 012 | FANNIE MAE | 277926 | $618.18 | $0.00 | 10/05/16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 012  1 | | REONG | Principal Paid | $35,785.38 | | ONG RE PAYMENTS/BUNGALOW |
| R-6 | 713 E 8TH ST NEWTON KS 67114 | | Interest Paid | $0.00 | | ASMNT |
| | | | Total Paid | **$35,785.38** | | |

| Check Date | Claim No | | | Check No | Check Amt | Interest | Clear Date: |
|---|---|---|---|---|---|---|---|
| 08/19/16 | 22 | System Disbursement Check | 012    FANNIE MAE | 270081 | $1,854.54 | $0.00 | 09/09/16 |
| | | | **Check Total:** | | **$35,785.38** | | |

End 012 US BANK REONG

| 012A | 1 | REARREAR | Principal Paid | $8,982.73 | PRE PET RE ARREARS/BUNGALOW |
|---|---|---|---|---|---|
| R-26 | | | Interest Paid | $0.00 | ASMNT |
| | | | Total Paid | **$8,982.73** | |

| Check Date | | | Claim No | | | Check No | Check Amt | Interest | Clear Date: |
|---|---|---|---|---|---|---|---|---|---|
| 09/20/19 | 22 | System Disbursement Check | 012A | US BANK | | 540923 | $404.91 | $0.00 | 10/23/19 |
| 08/20/19 | 22 | System Disbursement Check | 012A | US BANK | | 534166 | $232.37 | $0.00 | 09/20/19 |
| 07/19/19 | 22 | System Disbursement Check | 012A | US BANK | | 527534 | $233.16 | $0.00 | 08/09/19 |
| 06/20/19 | 22 | System Disbursement Check | 012A | US BANK | | 520871 | $218.13 | $0.00 | 07/10/19 |
| 05/20/19 | 22 | System Disbursement Check | 012A | US BANK | | 513999 | $382.06 | $0.00 | 06/11/19 |
| 04/19/19 | 22 | System Disbursement Check | 012A | US BANK | | 507163 | $219.61 | $0.00 | 05/13/19 |
| 03/20/19 | 22 | System Disbursement Check | 012A | US BANK | | 500501 | $220.36 | $0.00 | 04/11/19 |
| 02/20/19 | 22 | System Disbursement Check | 012A | US BANK | | 493821 | $221.10 | $0.00 | 03/12/19 |
| 01/18/19 | 22 | System Disbursement Check | 012A | US BANK | | 487235 | $387.26 | $0.00 | 02/11/19 |
| 12/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 480480 | $222.60 | $0.00 | 01/15/19 |
| 11/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 473598 | $223.35 | $0.00 | 12/13/18 |
| 10/19/18 | 22 | System Disbursement Check | 012A | US BANK | | 466537 | $199.79 | $0.00 | 11/07/18 |
| 09/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 459726 | $222.20 | $0.00 | 10/11/18 |
| 08/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 452895 | $222.95 | $0.00 | 09/11/18 |
| 07/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 446074 | $223.71 | $0.00 | 08/09/18 |
| 06/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 438989 | $391.82 | $0.00 | 07/11/18 |
| 05/18/18 | 22 | System Disbursement Check | 012A | US BANK | | 431741 | $225.22 | $0.00 | 06/12/18 |
| 04/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 424816 | $187.32 | $0.00 | 05/10/18 |
| 03/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 417642 | $226.31 | $0.00 | 04/20/18 |
| 02/20/18 | 22 | System Disbursement Check | 012A | US BANK | | 410693 | $228.53 | $0.00 | 03/14/18 |
| 01/19/18 | 22 | System Disbursement Check | 012A | US BANK | | 403830 | $229.30 | $0.00 | 02/09/18 |
| 12/20/17 | 22 | System Disbursement Check | 012A | BUNGALOW SERIES F REO | | 396922 | $400.90 | $0.00 | 01/11/18 |
| 11/20/17 | 22 | System Disbursement Check | 012A | BUNGALOW SERIES F REO | | 389916 | $230.85 | $0.00 | 12/14/17 |
| 10/20/17 | 22 | System Disbursement Check | 012A | BUNGALOW SERIES F REO | | 382811 | $433.96 | $0.00 | 11/08/17 |
| 10/17/17 | 40 | Cancel Disbursement | 012A | FANNIE MAE | | 377798 | ($237.22) | $0.00 | 10/17/17 |
| 09/20/17 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 377798 | $237.22 | $0.00 | 10/17/17 |
| 08/18/17 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 370405 | $238.02 | $0.00 | 09/12/17 |
| 07/20/17 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 363218 | $232.53 | $0.00 | 08/10/17 |
| 06/20/17 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 356010 | $406.53 | $0.00 | 07/19/17 |
| 05/19/17 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 348715 | $231.03 | $0.00 | 07/07/17 |
| 04/20/17 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 341222 | $165.74 | $0.00 | 05/11/17 |
| 03/20/17 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 333870 | $1,321.11 | $0.00 | 04/07/17 |
| 10/05/16 | 40 | Cancel Disbursement | 012A | FANNIE MAE | | 277925 | ($92.33) | $0.00 | 10/05/16 |
| 09/20/16 | 22 | System Disbursement Check | 012A | FANNIE MAE | | 277925 | $92.33 | $0.00 | 10/05/16 |
| | | | | | **Check Total:** | | **$8,982.73** | | |

**Trustee disbursement checks were mailed on or before the tenth day after of the check date.**

End 012A US BANK REARREAR

| 012B | 1 | REARREAR | Principal Paid | $2,214.93 | POST PET ARREARS/BUNGALOW |
| R-27 | | | Interest Paid | $227.12 | ASMNT |
| | | | Total Paid | **$2,442.05** | |

| Check Date | | | Claim No | | Check No | Check Amt | Interest | Clear Date: |
|---|---|---|---|---|---|---|---|---|
| 09/20/19 | 22 | System Disbursement Check | 012B | US BANK | 540921 | $113.83 | $0.44 | 10/10/19 |
| 08/20/19 | 22 | System Disbursement Check | 012B | US BANK | 534169 | $65.08 | $0.69 | 09/12/19 |
| 07/19/19 | 22 | System Disbursement Check | 012B | US BANK | 527538 | $65.04 | $0.93 | 08/09/19 |
| 06/20/19 | 22 | System Disbursement Check | 012B | US BANK | 520870 | $60.61 | $1.16 | 07/10/19 |
| 05/20/19 | 22 | System Disbursement Check | 012B | US BANK | 514000 | $105.76 | $1.56 | 06/14/19 |
| 04/19/19 | 22 | System Disbursement Check | 012B | US BANK | 507165 | $60.56 | $1.79 | 05/21/19 |
| 03/20/19 | 22 | System Disbursement Check | 012B | US BANK | 500500 | $60.53 | $2.02 | 04/11/19 |
| 02/20/19 | 22 | System Disbursement Check | 012B | US BANK | 493820 | $60.50 | $2.24 | 03/12/19 |
| 01/18/19 | 22 | System Disbursement Check | 012B | US BANK | 487232 | $105.56 | $2.64 | 02/11/19 |
| 12/20/18 | 22 | System Disbursement Check | 012B | US BANK | 480481 | $60.45 | $2.86 | 01/15/19 |
| 11/20/18 | 22 | System Disbursement Check | 012B | US BANK | 473599 | $60.42 | $3.08 | 12/13/18 |
| 10/19/18 | 22 | System Disbursement Check | 012B | US BANK | 466533 | $65.49 | $3.32 | 11/07/18 |
| 09/20/18 | 22 | System Disbursement Check | 012B | US BANK | 459727 | $60.47 | $3.54 | 10/18/18 |
| 08/20/18 | 22 | System Disbursement Check | 012B | US BANK | 452894 | $60.44 | $3.76 | 09/11/18 |
| 07/20/18 | 22 | System Disbursement Check | 012B | US BANK | 446072 | $60.40 | $3.97 | 08/09/18 |
| 06/20/18 | 22 | System Disbursement Check | 012B | US BANK | 438991 | $105.39 | $4.36 | 07/11/18 |
| 05/18/18 | 22 | System Disbursement Check | 012B | US BANK | 431742 | $60.35 | $4.58 | 06/12/18 |
| 04/20/18 | 22 | System Disbursement Check | 012B | US BANK | 424815 | $62.56 | $4.80 | 05/10/18 |
| 03/20/18 | 22 | System Disbursement Check | 012B | US BANK | 417638 | $60.79 | $5.02 | 04/10/18 |
| 02/20/18 | 22 | System Disbursement Check | 012B | US BANK | 410695 | $61.15 | $5.23 | 03/14/18 |
| 01/19/18 | 22 | System Disbursement Check | 012B | US BANK | 403831 | $61.12 | $5.45 | 02/21/18 |
| 12/20/17 | 22 | System Disbursement Check | 012B | BUNGALOW SERIES F REO | 396923 | $106.44 | $5.83 | 01/11/18 |
| 11/20/17 | 22 | System Disbursement Check | 012B | BUNGALOW SERIES F REO | 389918 | $61.06 | $6.05 | 12/14/17 |
| 10/20/17 | 22 | System Disbursement Check | 012B | BUNGALOW SERIES F REO | 382810 | $124.45 | $12.74 | 11/08/17 |
| 10/17/17 | 40 | Cancel Disbursement | 012B | FANNIE MAE | 377797 | ($62.65) | $6.48 | 10/17/17 |
| 09/20/17 | 22 | System Disbursement Check | 012B | FANNIE MAE | 377797 | $62.65 | $6.48 | 10/17/17 |
| 08/18/17 | 22 | System Disbursement Check | 012B | FANNIE MAE | 370404 | $62.61 | $6.69 | 09/12/17 |
| 07/20/17 | 22 | System Disbursement Check | 012B | FANNIE MAE | 363217 | $60.93 | $6.90 | 08/10/17 |
| 06/20/17 | 22 | System Disbursement Check | 012B | FANNIE MAE | 356011 | $106.13 | $7.28 | 07/19/17 |
| 05/19/17 | 22 | System Disbursement Check | 012B | FANNIE MAE | 348714 | $60.08 | $7.48 | 07/07/17 |
| 04/20/17 | 22 | System Disbursement Check | 012B | FANNIE MAE | 341221 | $42.93 | $7.62 | 05/11/17 |
| 03/20/17 | 22 | System Disbursement Check | 012B | FANNIE MAE | 333869 | $340.92 | $103.09 | 04/07/17 |
| 10/05/16 | 40 | Cancel Disbursement | 012B | FANNIE MAE | 277924 | ($23.30) | $23.30 | 10/05/16 |
| 09/20/16 | 22 | System Disbursement Check | 012B | FANNIE MAE | 277924 | $23.30 | $23.30 | 10/05/16 |
| | | | | **Check Total:** | | **$2,442.05** | | |

**Trustee disbursement checks were mailed on or before the tenth day after of the check date.**

End 012B US BANK REARREAR

| 012C 1 | REFEES | Principal Paid | $340.00 | POST PET RE FEES/BUNGALOW |
| R-28 | | Interest Paid | $0.00 | ASMNT |
| | | Total Paid | **$340.00** | |

| Check Date | | Claim No | | | Check No | Check Amt | Interest | Clear Date: |
|---|---|---|---|---|---|---|---|---|
| 09/20/19 | 22 | System Disbursement Check | 012C | US BANK | 540918 | $340.00 | $0.00 | 10/23/19 |
| | | | | **Check Total:** | | **$340.00** | | |

**Trustee disbursement checks were mailed on or before the tenth day after of the check date.**

End 012C US BANK REFEES